IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:05-CR-43-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| THOMAS ORMOND, | ) |
| Defendant. | ) |

This matter is before the court on James B. Craven III's letter, which this court construes as a motion pursuant to Local Criminal Rule 32.1 for release of the presentence report in this matter. Mr. Craven informs the court that he represents defendant and plans to file a petition for pardon on his behalf. For good cause shown, United States Probation shall release a copy of defendant's PSR to Mr. Craven for use in connection with his representation of defendant.

This 21st day of September 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26